```
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JOHN W. WASHINGTON,<br><br>      Plaintiff,<br><br>  v.<br><br>OFFICER REEDER, ET AL.,<br><br>      Defendants.<br>_____ | No. C 07-2004 SBA (PR)<br><br>**ORDER DISMISSING ACTION<br>WITHOUT PREJUDICE** |

    Plaintiff John W. Washington, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. He originally filed this action in the United States District Court for the Eastern District of California, which, on April 10, 2007, ordered it transferred to this Court on venue grounds. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. On May 7, 2005, Plaintiff filed a completed IFP application; however, he did not file copies of his certificate of funds and prisoner trust account statement. In an Order dated May 9, 2007, the Court notified Plaintiff that his IFP application was deficient due to the failure to include a signed certificate of funds and a prison trust account statement for the previous six months. Plaintiff was ordered to submit a signed certificate of funds and a prison trust account statement within thirty days, and that his failure to do so would result in dismissal of this action.

    More than thirty days have passed, and Plaintiff has not submitted a signed certificate of funds and a prison trust account statement for the previous six months. Accordingly, Plaintiff's IFP application is DENIED, and this action is DISMISSED without prejudice. All pending motions are TERMINATED. The Clerk of the Court shall close the file. No filing fee is due.

    IT IS SO ORDERED.

DATED: _____       _____
                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

P:\PRO-SE\SBA\CR.07\Washington2004.DISIFP.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN W. WASHINGTON,

        Plaintiff,

v.

CORRECTIONAL OFFICER REEDER et al,

        Defendant.

Case Number: CV07-02004 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John W. Washington V-97818
6036 Cahuilla Avenue
Twenty Nine Palms, CA 92277

Dated: June 18, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Washington2004.DISIFP2.frm